UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| REACHOUT TECHNOLOGY CORP., a Delaware corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No.: 1:24-CV-03408 ) |
| LUCIANO AGUAYO, an individual, and ARMANDO GONZALEZ, an individual, | ) ) ) ) ) |
| Defendants. | ) ) |
| LUCIANO AGUAYO and ARMANDO GONZALEZ, | ) ) ) ) |
| Counter-Plaintiffs, | ) ) ) |
| REACHOUT TECHNOLOGY CORP., a Delaware corporation, RICK JORDAN, an individual, BRODERICK ABBOTT, an individual, | ) ) ) ) ) |
| Counter-Defendants. | ) |

**DEFENDANTS/COUNTER-PLAINTIFFS'
MOTION FOR DEFAULT JUDGMENT**

Defendants/Counter-Plaintiffs, Luciano Aguayo, and Armando Gonzalez ("Counter-Plaintiffs"), by its attorneys, moves pursuant to FRCP 55(a) and alternatively, FRCP 55(b)(1) for an order of default and a default judgment against Plaintiff/Counter-Defendant, ReachOut Technology Corp. ("ReachOut"). In support, Counter-Plaintiffs state:

1

1. Counter-Plaintiffs filed their Amended Counterclaim and Third-Party Complaint on October 2, 2024. [Amd. Counterclaim, ECF #43; Note, Ex. B to Amd. Counterclaim, ECF #43-2].

2. In Count I of the Amended Counterclaim, Counter-Plaintiffs allege ReachOut breached a September 2023 Promissory Note (the "Note") by failing to pay the principal balance of $1,314,787.00. [Id. ¶ 83].

3. ReachOut has not filed a responsive pleading to the Amended Counterclaim.

4. On April 29, 2025, ReachOut was dismissed as plaintiff as an unrepresented corporation. [April 29, 2025 Docket Entry, ECF #57].

5. Counter-Plaintiff's Count I damages are for a sum certain – namely, the $1,314,787.00 plus interest of 8% it is owed on the Note. The interest owed on the note is $175,208.88 calculated at $288.17/day for 608 days measured from September 30, 2023- May 31, 2025.

6. FRCP 55(a) provides that the Clerk must enter an order of default against a defendant who fails to timely respond to a claim and FRCP 55(b) provides that the Clerk must issue a money default judgment where a claim is for a sum certain or can be made certain by computation. FRCP 55(a), (b)(1).

7. Based on ReachOut's failure to respond to the Amended Counterclaim, Counter-Plaintiffs request that the Clerk enter an order of default against Defendant and a money judgment in Counter-Plaintiff's favor for $1,489,995.88 plus costs of $405.

WHEREFORE, Defendants/Counter-Plaintiffs, Luciano Aguayo and Armando Gonzalez, requests the following relief:

(a) That the Clerk enter an order of default against Plaintiff/Counter-Defendant, ReachOut Technology Corp., for failing to plead to Counter-Plaintiffs' Amended Counterclaim;

(b) That the Clerk enter a default judgment in Counter-Plaintiff's favor and against Plaintiff/Counter-Defendant, ReachOut Technology Corp., for $1,489,995.88 plus costs.

                                        LUCIANO AGUAYO
                                        ARMANDO GONZALEZ

                                        By:/s/ Paul B. Porvaznik
                                             One of Their Attorneys

Paul B. Porvaznik, Esq. (IL Bar No. 6237896)
porvaznik@bc-lawyers.com
John N. Bielski II, Esq., (IL Bar No. 6242527)
bielski@bc-lawyers.com
Bielski Chapman, Ltd.
123 N. Wacker Dr., Suite 2300
Chicago, IL 60606
Tel: (312) 583-9430