UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| REACHOUT TECHNOLOGY CORP., a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>LUCIANO AGUAYO, an individual, and ARMANDO GONZALEZ, an individual,<br><br>    Defendants.<br><br>LUCIANO AGUAYO and ARMANDO GONZALEZ,<br><br>    Counter-Plaintiffs,<br><br>REACHOUT TECHNOLOGY CORP., a Delaware corporation, RICK JORDAN, an individual, BRODERICK ABBOTT, an individual,<br><br>    Counter-Defendants. | Case No.: 1:24-CV-03408 |

**DEFAULT JUDGMENT ORDER**

This Cause coming to be heard on Defendants/Counter-Plaintiffs, Luciano Aguayo, and Armando Gonzalez's ("Counter-Plaintiffs"), Motion for Order of Default and Default Judgment against Plaintiff/Counter-Defendant, ReachOut Technology Corp. [ECF #62], the Court being fully advised in the Premises, IT IS HEREBY ORDERED:

1. Counter-Plaintiffs' Motion is granted.

2. ReachOut Technology Corp. is in default for failing to file a responsive pleading to Counter-Plaintiffs' Amended Counterclaim.

1

3. Based on ReachOut Technology Corp.'s failure to respond to the Amended Counterclaim, and pursuant to FRCP 54(b), the Court finds there is no just reason for delay and the Clerk is directed to enter a final default judgment in Counter-Plaintiff's favor and against ReachOut Technology Corp. for $1,489,995.88 plus costs of $405.

ENTER:

Robert W. Gettleman
United States District Judge

DATE: July 9, 2025