IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REACHOUT TECHNOLOGY CORP., ) <br> a Delaware corporation, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> LUCIANO AGUAYO, an individual, and ) <br> ARMANDO GONZALES, an individual ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> LUCIANO AGUAYO and ) <br> ARMANDO GONZALES, ) <br> ) <br> Counter-Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> REACHOUT TECHNOLOGY CORP., ) <br> a Delaware corporation, ) <br> ) <br> Counter-Defendant. ) <br> _____) <br> ) <br> LUCIANO AGUAYO and ) <br> ARMANDO GONZALES, ) <br> ) <br> Third-Party Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RICK JORDAN, and ) <br> BRODERICK ABBOTT, ) <br> ) <br> Third-Party Defendants. ) | No. 24 C 3408 <br><br> Judge Robert W. Gettleman |

**ORDER**

Third-party defendant Rick Jordan moves to dismiss the third-party claim against him

1

(Doc. 80). Third-party claims are governed by Fed. R. Civ. P. 14. Rule 14(a)(1) states that "[a] defending party may, as third-party plaintiff, serve a summons and complaint on a nonparty who is or may be liable to it for all or part of the claim against it." This court dismissed the original claim against defendants/third-party plaintiffs Luciano Aguayo and Armando Gonzales on April 29, 2025 (Doc. 57). Third-Party Defendant Rick Jordan cannot be liable for the claim against Aguayo and Gonzales because there is no claim against Aguayo and Gonzales. Put differently, the third-party claim against Rick Jordan is derivative of a claim that has already been dismissed. Consequently, the third-party claim must be dismissed as well. See <u>Parr v. Great Lakes Exp. Co.</u>, 484 F.2d 767, 769 (7th Cir. 1973) (explaining that "a third-party action…presupposes liability on the part of the original defendant which he is attempting to pass on to the third-party defendant").

Third-party defendant Rick Jordan's motion to dismiss the third-party claim (Doc. 80) is GRANTED.

ENTER:

Robert W. Gettleman
United States District Judge

**DATE: <u>October 21, 2025</u>**