IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

**ReachOut Technology Corp.**,

Plaintiff,

v.

**Aguayo Luciano**, et al.,

Defendants.

Case No. 24 C 3408
Judge Robert W. Gettleman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $ ,

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of Defendant (s)

and against Plaintiff (s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Third-party claim against third-party defendant Rick Jordan dismissed.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Robert W. Gettleman

Date: 11/6/2025

Thomas G. Bruton, Clerk of Court

Claire E. Newman, Deputy Clerk