UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| REACHOUT TECHNOLOGY CORP., a Delaware corporation, | ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 1:24-CV-03408 |
| | ) |
| LUCIANO AGUAYO, an individual, and ARMANDO GONZALEZ, an individual, | ) ) ) |
| | ) |
| Defendants. | ) |
| _____ | ) |
| | ) |
| LUCIANO AGUAYO and ARMANDO GONZALEZ, | ) ) |
| | ) |
| Counter-Plaintiffs, | ) |
| | ) |
| REACHOUT TECHNOLOGY CORP., a Delaware corporation, | ) ) |
| | ) |
| Counter-Defendant. | ) |
| ------------------------------------------------- | |
| LUCIANO AGUAYO and ARMANDO GONZALEZ, | ) ) |
| | ) |
| Third-Party Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| RICK JORDAN, and BRODERICK ABBOTT, | ) ) |
| | ) |
| Third-Party Defendants | ) |

**<u>ORDER</u>**

THIS CAUSE coming to be heard on the presentment of Counter-Plaintiffs, Luciano

Aguayo and Armando Gonzalez's Petition for Rule to Show Cause for Failure to Respond to

Citation to Discover Assets (ECF #103) against John Lee, agent for Plaintiff/Counter-Defendant,

ReachOut Technology Corporation, the Court being fully advised in the Premises, IT IS

HEREBY ORDERED:

1. A Rule to Show Cause shall issue to John Lee based on his failure to appear on the Citation to Discover Assets return date of September 3, 2025 after he was served with the Citation on August 8, 2025 (ECF #103-3, Page ID# 1161).

2. John Lee shall appear before the Honorable Judge Gettleman or any judge sitting in his stead on **January 29, 2026 at 9:45 a.m. in Courtroom 1703** of the Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, to show why he should not be held in contempt for failing to appear on September 3, 2025 to give his citation examination and respond to the Citation to Discover Assets served upon him as agent for ReachOut on August 8, 2025.

3. John Lee shall produce all documents in his possession or control set forth in the Citation Rider served upon him on or before January 29, 2026.

4. A copy of this Order shall be personally served upon John Lee.

**ENTER:**

**Robert W. Gettleman**

**United States District Judge**

DATE:  **January 8, 2026**