Civil Action No.    1:24-CV-03408

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **ReachOut Technology Corp.**
was recieved by me on  **1/10/2026:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **John Lee**, who is designated by law to accept service of process on behalf of **ReachOut Technology Corp.** at **838 Walker Rd Ste 21-2, Dover, DE 19904** on **01/12/2026 at 11:50 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 145.00** for services, for a total of **$ 145.00**.

I declare under penalty of perjury that this information is true.

Date:   01/12/2026

*Server's signature*

**Alan Zielen**
*Printed name and title*

**16192 Coastal Hwy**
**Lewes, DE 19958**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, ORDER,  to John Lee, REGISTERED AGENT with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'8"-5'10" tall and weighing 180-200 lbs with a beard.**
**Successfully served. Chris Scargill was the authorized individual.**




Tracking #: **0203131170**